THE CITIZENS' BANK OF KINGMAN V. J. C. McCLEL-
LAND, *as Sheriff of Kingman Co.*

EXECUTION—*Illegal Seizure—Parties to Judgment.* B. & Co. obtained a
judgment against the Citizens' National Bank, of which defendant
claims that plaintiff is successor. Under an execution issued on such
judgment, without any proceedings against the Citizens' Bank (plain-
tiff in this case), the defendant, as sheriff, seized plaintiff's property
to satisfy such judgment. *Held,* That such seizure was wrongful.

*Error from Kingman District Court.*

THE opinion states the case.

*Ashbaugh & Steck,* for plaintiff in error.
*John E. Lydecker,* for defendant in error.

The opinion of the court was delivered by

ALLEN, J.: This case grows out of that of Geo. F. Berry
& Co. *v.* Citizens' National Bank of Kingman. (*National
Bank v. Berry,* just decided.) On the judgment in that ac-
tion an execution was issued and levied on moneys of the
Citizens' Bank of Kingman, under the claim on the part of
plaintiff in that case that the Citizens' Bank of Kingman was
merely a successor in interest of the Citizens' National Bank,
and that the property of the plaintiff in this case was liable
to seizure under an execution issued against the Citizens'
National Bank. The judgment in that case has just been re-
versed by this court. The action of Berry & Co. against
the Citizens' National Bank was instituted after the organi-
zation of the Citizens' Bank. The Citizens' Bank was never
made a party to that action, and, of course, was not bound by
any judgment rendered therein. Even if the claim is cor-
rect that the Citizens' Bank took all the property and as-
sumed all the liabilities of the Citizens' National Bank,
Berry & Co. would have no right to levy an execution on
the property of the Citizens' Bank until they had obtained a
judgment against it. The judgment is reversed.

All the Justices concurring.